JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON LEE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BAXTER HEALTHCARE CORP.; BAXTER INTERNATIONAL, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:<br>2:13−cv−01494−FMO−VBKx<br><br>**CLASS ACTION**<br><br>**ORDER TO DISMISS ACTION** |

1 | Having reviewed the Stipulation for Dismissal, pursuant to F.R.C.P. 41(a)(1), entered by and between Plaintiff and Defendants, and finding good cause therein, the Court hereby ORDERS Plaintiff's individual claims against Defendants and Plaintiff's class allegations against Defendants dismissed without prejudice, with each party to bear his/their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  April 16, 2013     By: _____/s/_____
                                              Hon. Fernando M. Olguin
                                              Judge of the United States District Court